UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

AMANDA MIRACLE, et al.,

    Plaintiff-Appellee,

v.

KEN HUSH, et al.,

    Defendants-Appellants.

Case No. 25-3032

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Defendants/Appellants Ken Hush, Brent Thomas, Kevin Johnson, Steven Lovett, Julene Miller, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson, Diana Mendoza, Wint Winter and John Dicus in the above-captioned case.

| | |
|---|---|
| Matthew L. Shoger | Dwight R. Carswell |
| */s/ Matthew L. Shoger* | */s/ Dwight R. Carswell* |
| Assistant Attorney General | Deputy Solicitor General |
| Memorial Bldg., 2nd Floor | Memorial Bldg., 2nd Floor |
| 120 SW 10th Avenue | 120 SW 10th Avenue |
| Topeka, Kansas 66612 | Topeka, Kansas 66612 |
| (785) 296-2215 | (785) 296-2215 |
| matt.shoger@ag.ks.gov | dwight.carswell@ag.ks.gov |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:
> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Emporia State University and The Kansas Board of Regents were Defendants below but are not parties in this appeal.

Shon D. Qualseth and Stanley R. Parker are attorneys who appeared for Defendants below but are not entering an appearance in this Court.

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
      [date]

_____

at_____,

the last known address/email address, by _____.
                                        [state method of service]

03/11/2025_____
Date

*/s/Matthew L. Shoger*_____
Signature