# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Amanda Miracle, et al.

                    Plaintiff/Appellee

v.

Ken Hush, et al.

              Defendant/Appellant

Case No. 25-3032

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Christopher Lovett, Amanda Miracle, Michael Behrens, Rob Catlett, Dan Colson, Charles Emmer, Brenda Koerner, Sheryl Lidzy, Max McCoy, Michael Morales, and Lynnette Sievert, Appellee/Respondent in the above-captioned case(s).

J. Phillip Gragson
Name of Counsel

/s/ J. Phillip Gragson
Signature of Counsel

3649 SW Burlingame Rd., Topeka, KS 66611
(785) 232-2200
Mailing Address and Telephone Number

jpgragson@hhmglaw.com
E-Mail Address

John H. Hutton
Name of Counsel

/s/ John H. Hutton
Signature of Counsel

3649 SW Burlingame Rd., Topeka, KS 66611
(785) 232-2200
Mailing Address and Telephone Number

jhutton@hhmglaw.com
E-Mail Address

Amanda S. Voglesberg
Name of Counsel

/s/ Amanda S. Vogelsberg
Signature of Counsel

3649 SW Burlingame Rd., Topeka, KS 66611
(785) 232-2200
Mailing Address and Telephone Number

avogelsberg@hhmglaw.com
E-Mail Address

Kara L. Eisenhut
Name of Counsel

/s/ Kara L. Eisenhut
Signature of Counsel

3649 SW Burlingame Rd., Topeka, KS 66611
(785) 232-2200
Mailing Address and Telephone Number

keisenhut@hhmglaw.com
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

3/12/25
_____
Date

_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance
Form to:
                    [date]

_____

at_____,

the last known address/email address, by _____.
                                    [state method of service]

3/12/25
Date

_____
Signature